# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Criminal Number: 2:11 cr 562-1 (DMC)

v.     :     **WAIVER OF INDICTMENT**

ISADORE H. MAY     :

I, Isadore H. May, am charged with violating 15 U.S.C. § 1 being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on August 24, 2011 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Isadore H. May
Defendant

Kevin G. Walsh, Esq.
Counsel for Defendant

Before:

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE