United States District Court
for the District of New Jersey

_____
                                            :
**UNITED STATES OF AMERICA**                :
    Plaintiff                           :     Criminal No. 11-562
                                            :
    vs.                                 :
                                            :     Order of Reassignment
**ISADORE H. MAY**                          :
    Defendant                           :
                                            :
_____:

It is on this 14th day of March, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Dennis Cavanaugh to Judge Faith Hochberg.


      S/Jerome B. Simandle
      Jerome B. Simandle, Chief Judge
      United States District Court