AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:11-CR-562-SDW |
| Isadore May | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America  .

Date:   03/23/2016

/s/ Lara Turcik
*Attorney's signature*

Lara Turcik/4076758
*Printed name and bar number*

26 Federal Plaza, Suite 3630
New York, NY 10278

*Address*

Lara.Turcik@usdoj.gov
*E-mail address*

(212) 335-8147
*Telephone number*

(212) 335-8023
*FAX number*