UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: April 7, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                  Docket# 11-CR-562

U.S.A. v. ISADORE H. MAY

**Appearances**:
Steven Tugander, AUSA for the Gov't
Lara Turcik, AUSA for the Gov't
Kevin G. Walsh, Esq. for Deft
Amanda B. Protess, Esq. for Deft
Joanne Young, Probation Officer

Nature of Proceeding:   **SENTENCING**

Dft sentenced to 1 year probation;
Fine: $20,000 - due immediately;
Special Assessment: $100.00 - due immediately;
Special Conditions:
1) New Debt Restrictions
2) Self-employment/Business Disclosure
3) Occupational Restrictions


Time Commenced 11:00 a.m.
Time Adjourned 11:50 a.m.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk